UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CASE NO. 25-CR-76 (JMC)** |
| : | |
| **CORTNEY MERRITTS,** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF WITHDRAWAL

The United States hereby informs the Court that Special Assistant United States Attorney Rami Sibay is terminating his appearance as counsel of record in this matter. Any other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:     */s/ Rami Sibay*
     Rami Sibay
     Virginia Bar No. 41897
     Special Assistant United States Attorney
     Fraud, Public Corruption & Civil Rights Section
     601 D Street, N.W. | Washington, D.C. 20530
     (240) 278-0562 | rami.sibay@usdoj.gov