CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs. )  Civil/Criminal No.: 25-cr-76 (JMC)
)
CORTNEY MERRITTS )
)

## NOTE FROM JURY

We have now held voting for a third time and have the same split of Guilty vs Not Guilty. There are jurors on both sides that have expressed that their opinions will not change. The jurors can only agree to disagree on both charges and are at an impass

Date: 01/22/2026

Time: 12:30pm