CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

CORTNEY MERRITTS

Civil/Criminal No.: 25-cr-76 (JMC)

## NOTE FROM JURY

Please provide the answer to the previous note in writing.

Can you define what "another" means in the "intent to defraud" definition. Is it a person? Is it an institution? Is it the government?

Date: 01/22/2026

Time: 5:00pm